UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:  
William Joseph Szala,  
Theresa Eileen Szala,  
Debtor(s).  
_____/

CASE NO: 11-03607-3F7

## NOTICE OF APPEARANCE OF COUNSEL FOR CREDITOR

The firm of Hiday & Ricke, P.A., does hereby give notice of its appearance as legal counsel for Community First Credit Union of Florida, creditor in this cause, and requests that copies of all pleadings and papers of any type which are filed herein be sent to the undersigned.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded electronically or by U.S. Mail, this ___7___ day of __October__, 2011 to: William Joseph Szala, 2417 Adams Lake Blvd, Jacksonville, FL 32221, Theresa Eileen Szala, 2417 Adams Lake Blvd Jacksonville, FL 32221, John J Freeman, 1665 Kingsley Avenue, Suite 108, Orange Park, FL 32073, Alexander G. Smith, 2601 University Blvd., West, Jacksonville, FL 32217 and the Assistant U.S. Trustee, 135 W. Central Blvd. Rm. 620, Orlando, FL 32801.

Hiday & Ricke, P.A.

By: _____
Jeffrey R. Becker, Esquire
Post Office Box 550858
Jacksonville, FL 32255
(904) 363-2769  Fax: (904) 363-0538
Email: litigate@hidayricke.com
Florida Bar No.: 0792977
File # 201003832

