UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE, FLORIDA

RE:   WILLIAM J. AND THERESA SZALA                              CASE #:  11-03607-3F7

---

## APPRAISAL

## AND

## APPLICATION FOR COMPENSATION

COMES NOW SHELIE SCOTT & ASSOCIATES OF FLORIDA INC. APPRAISAL SERVICE, AND FILES THIS STATEMENT OF APPRAISAL AND APPLICATION FOR COMPENSATION PURSUANT TO SECTION 328 OF THE BANKRUPTCY CODE.

1. THE APPRAISER, HAVING ATTENDED TO THE DUTIES AS ASSIGNED AND AFTER STRICT EXAMINATION AND CAREFUL INQUIRY, DOES APPRAISE THE PROPERTY OF THE ESTATE AS FOLLOWS OR AS PER THE ATTACHED SCHEDULE.
2. THE APPRAISER ALSO APPLIES FOR COMPENSATION PURSUANT TO SECTION 328 OF THE BANKRUPTCY CODE. THE APPLICANT WAS APPOINTED PURSUANT TO SECTION 327(A) OF THE CODE AND BELIEVES A REASONABLE FEE FOR ITS SERVICES TO BE $1,050.00 AND REQUESTS THAT THIS SUM BE ALLOWED AND APPROVED AT THE CONCLUSION OF THIS CASE AFTER NOTICE TO INTERESTED PARTIES.

TOTAL APPRAISAL VALUE:  $22,770.00

DATED AT JACKSONVILLE, FLORIDA THIS 12TH DAY OF SEPTEMBER, 2011

*Shellie Scott*

SHELLIE SCOTT, C.A.G.A

PERSONAL PROPERTY APPRAISER,

SHELLIE SCOTT & ASSOCIATES OF FLORIDA INC.

**SHELLIE SCOTT & ASSOCIATES OF FLORIDA INC.**
**P.O. BOX 600010**
**JACKSONVILLE, FL 32260**
**904-813-2838**

DATE:     SEPTEMBER 12, 2011

DEBTOR:   WILLIAM J. AND THERESA E. SZALA          CASE #:     11-03607-3F7

**APPRAISAL TIME SHEET**

| | |
|---|---|
| TELEPHONE | 0.25 |
| EXAMINE SCHEDULES | 0.50 |
| TRAVEL | 1.25 |
| APPRAISAL | 3.50 |
| TYPING/TRANSCRIBING | 2.50 |
| RESEARCH | 1.75 |
| REVIEW & CORRECT | 0.75 |
| TOTAL TIME | 10.50 |

*Shellie Scott*
_____
SHELLIE SCOTT
APPRAISER

SHELLIE SCOTT, C.A.G.A.
PERSONAL PROPERTY APPRAISER
PO BOX 600010
JACKSONVILLE, FL 32260
904-813-2838

SEPTEMBER 12, 2011

ALEXANDER G. SMITH
2601 UNIVERSITY BOULEVARD WEST
JACKSONVILLE, FL 32217-3822

DEBTOR:     WILLIAM J. AND THERESA EILEEN SZALA
CASE NO.    11-03607-3F7

## APPRAISAL

ADDRESS:    2417 ADAMS LAKE BLVD.- JACKSONVILLE, FLORIDA 32221

### DEN

| Item | Value |
|---|---|
| 2 WOOD END TABLES WITH ONE DRAWER + OVAL WOOD COFFEE TABLE | 55.00 |
| 56" JVC TV MODEL AV-56WP74 REAR PROJECTION | 150.00 |
| WII GAMING STATION, 2 NUNCHUKS, 2 CONTROLLERS + GAMES | 65.00 |
| LG DN191H DVD/CD PLAYER | 20.00 |
| 6 DVD MOVIES | 12.00 |
| BLACK FRAMED ART FLORAL WITH MIXED MEDIA | 15.00 |
| 6' SILK FICUS IN RATTAN CONTAINER ON IRON STAND | 20.00 |
| 5' POLISHED BRASS FLOOR LAMP WITH PLEATED SHADE | 12.00 |
| 3 1/2' X 6' NATURAL WOOD ARMOIRE | 300.00 |
| 7' AND 5' LIGHT BEIGE LEATHER SOFA AND LOVESEAT- SOFA RECLINES ON EACH END | 250.00 |

### LIVING ROOM

| Item | Value |
|---|---|
| 7' BRONZY FAUX LEATHER SOFA AND CLUB CHAIR + OTTOMAN | 225.00 |
| HPTV DLP 57" PAVILON TV | 250.00 |
| 5' OAKWOOD ENTERTAINMENT CENTER- CENTER BASE CABINET BELOW HAS 2 WOOD DOORS AND 1 GLASS DOOR WITH SHELVING EACH END WITH OPEN CENTER SPACE FOR TV 34" END CABINETS WITH SHELVING 3 GLASS DOORS EACH + 2 WOOD DOORS WITH PUSH AND PULLOUT DVD HOLDERS/SLOTS ON EACH END: WITH DENTAL MOULDING, AND CROWN MOULDING WOOD BRIDGE CONNECTOR ON TOP LIGHTS INSIDE SHELVING | 1,500.00 |

### LIVING ROOM CONTINUED

| | |
|---|---:|
| 4' WOOD SOFA TABLE | 35.00 |
| GROUP OF 3 TIER + AMBER COLOR GLASS | 15.00 |
| BLACK AND BRONZE COLOR FRAMED ART VIOUS MIXED MEDIA FRENCH HOUSE MANSION ON THE HILLSIDE | 30.00 |
| PAIR OF GOLD AND BLACK WALL CANDLE SCONCES WITH AMBER TINTED CRACKLE GLASS,+ 4' HALF ROUND SOFA TABLE IRON WITH NAIL GROMETS, 42" ROUND COFFEE TABLE WITH IRON ACCENTS & NAIL GROMETS + DECORATIVE INLAID CENTER WITH NAIL GROMETS AND ORNATE IRON BASE WITH PAIR OF 26" END TABLES ALSO HAVING NAIL GROMETS | 350.00 |
| PAIR OF 26" BROWN AND BRONZE COLOR WITH SILVER TABLE LAMPS WITH SHADES | 30.00 |
| PAIR OF 4' BLACK FAUX WOOD PEDESTALS 4 SPIRAL LEGS AND 2 SHELVES | 40.00 |
| BOWFLEX REVOLUTION XP | 600.00 |
| 18" TABLE TOP LAMP WITH SHADE | 12.00 |
| 4 PLAYSTATION 2 GAMES AND 1 CONTROLLER , PLAYSTATION CONSOLE | 30.00 |
| 94 DVD MOVIES | 188.00 |
| WOOD ROCKING CHAIR | 35.00 |
| 25" X 25" AGED GOLD FRAME ART MEDALLION x'S 2 AT THE END OF THE HALL | 30.00 |

### DINING AREA/KITCHEN

| | |
|---|---:|
| 6' SILK FICUS IN RATTAN CONTAINER | 15.00 |
| 6' WOOD TABLE + 18" LEAF AND SPIRAL WOOD LEGS- 6 ARMLESS CHAIRS OLIVE COLOR UPHOLSTERED SEAT CUSHIONS + MATCHING5 1/2' BUFFET WITH 6 DRAWERS AND 2 PULL OUT SERVICE TABLE TOPS | 800.00 |
| KODAK 12 MEGA PIXEL EASYSHARE C190 CAMERA AND CASE | 30.00 |
| 18" DARK SQUARE BASE GREEN VASE STYLE LAMP WITH GLASS GLOBE | 15.00 |
| PAIR OF NATURAL WOOD BAR STOOLS WITH MULTI COLOR UPHOLSTERED SEAT CUSHIONS BUTTON TUFTED | 20.00 |
| PAIR OF METAL SWIVEL ARMLESS BAR CHAIRS WITH BEIGE UPHOLSTERED SEATS | 15.00 |
| BLACK WHIRLPOOL GOLD SIDE BY SIDE REFRIGERATOR WITH DOOR DISPENSER | 350.00 |
| DOUBLE TOASTER, COFFEE , GEORGE FOREMAN GRILL,HOT PLATE, RIVAL FRYER, HAND MIXER, WAFFLE MAKER, POTS, PANS, DISHES | 60.00 |

### HOME OFFICE

| | |
|---|---:|
| L-SHAPED WOOD DESK COATED WITH URETHANE 4' + 3' + 4' | 65.00 |
| 10" ASUS Eee PC1000 HD MIRCRO SOFT WINDOWS XP  LAPTOP | 75.00 |
| EPSON WORKFORCE 630 | 20.00 |
| PAIR OF EXECUTIVE STYLE ARM CHAIRS | 150.00 |
| ACER H243H MONITOR, DESKTOP SPEAKERS, CPU MODEL #SS350ES LG WINDOWS 7 19" DELL MONITOR, KEYBOARD, MOUSE | 150.00 |
| LARGE WHITE FLOURESCENT DESK LAMP CLAMPED TO DESK | 15.00 |
| SHADOW BOX FRAME DISPLAYS & WOOD CURIO CABINETS WITH DOUBLE GLASS DOORS & 39  MINIATURE MOTORCYCLES | 200.00 |
| 17" DELL AL 1715 MONITOR, DELL KEYBOARD, MOUSE, CPU DELL DIMENSIONS 3000 WDXP | 40.00 |

## HOME OFFICE CONTINUED

| | |
|---|---|
| ONKYO SPEAKERS MODEL GXW5.1S, YAMAHA HTR-5650 RECEIVER | 40.00 |
| HP OFFICEJET 6310xi ALL IN ONE PRINTER | 15.00 |
| 1 1/2' X 4' GREEN WOOD BOOK AND EQUIPMENT SHELF | 30.00 |
| 2 DRAWER LATERAL FILE CABINET | 200.00 |
| WOOD DESKTOP WITH URETHANE COATED TOP 2' + 3+ 4 1/2' WITH HUTCH | 40.00 |
| SENTRY 1170 SAFE | 15.00 |
| 17" ACER AL1716 MONITOR QC 444-411-5 | 25.00 |
| SAMSUNG HDTV SYNCMASTER P2370 HD, KEYBOARD, MOUSE, CPU SYX WINDOWS 7 | 150.00 |
| 20" ACER X203H MONITOR | 15.00 |
| 55 MUSIC CD'S | 28.00 |

## HALLWAYS

| | |
|---|---|
| 48" X 60" METAL WALL ART 4" THICK WOOD LIKE FRAME SCROLLS + CENTER MEDALLION | 30.00 |
| 4' WOOD BOOKCASE WITH 2 SHELVES | 20.00 |
| PAIR OF JUMBO 2 TIER BRONZE COLOR METAL VASES 26" AND 32" | 25.00 |
| GRECIAN FRAMED ART | 25.00 |
| CAMEL TAPESTRY RUG | 25.00 |

## BEDROOM # 2

| | |
|---|---|
| 14" ACER LAPTOP CRYSTAL EYE ASPIRE 4520 WINDOWS VISTA SERIAL NUMBER LXAMVOX0508040445E2500 | 175.00 |
| QUEEN MATTRESS | 50.00 |
| 6' OAK WOOD DRESSER + MIRROR AND 2 NIGHT TABLES WITH 2 DRAWERS AND 3 1/2' X 5' ARMOIRE 6 DRAWERS AND 1 LARGE DOOR | 275.00 |
| 27" TOSHIBA TV | 30.00 |

## BEDROOM # 3

| | |
|---|---|
| 6' DARK DESK WITH HUTCH, PULLOUT KEYBOARD, DOORS + SHELVING | 65.00 |
| CRICUT EXPRESSIONS 24" | 75.00 |
| 26" ORION TV | 25.00 |
| PLAYSTATION 3 WITH BLU RAY WITH 10 GAMES, CONTROLLER | 175.00 |
| LG SUPER MULTI DVD/RECORDER | 25.00 |
| PORTABLE DESK | 20.00 |
| SAMSUNG CLX-3160FN COLOR LASER PRINTER | 20.00 |
| DELL DIMENSIONS 8400 WINDOWS XP WITH 19" DELL MONITOR, KEYBOARD, AND DESKTOP SPEAKERS WITH 2ND MONITOR DELL OPTIOPLEX 1706 WINDOWS XP | |
| 14" ACER LAPTOP CRYSTAL EYE ASPIRE 4520 WINDOWS VISTA SERIAL NUMBER LXAMVOX050804046E72500 | 175.00 |

**DEBTORS BEDROOM**

| | |
|---|---:|
| PAIR OF TWIN MATTRESSES PUSHED TOGETHER SITS BETWEEN HEADBOARD WALL UNIT WITH DOORS AND 1 SHELF, PAIR OF 5 DRAWER WOOD CHEST OF DRAWERS, MATCHING 7' X 6 1/2' WALL ENTERTAINMENT CENTER | 350.00 |
| WOOD JEWELRY ARMOIRE | 30.00 |
| 40" SAMSUNG LCD TV | 300.00 |
| SONY MEDIA BOX PLAYER SMP-N100 STREAMING WITH WI-FI | 25.00 |
| ACER CPU VISTA, 17" NEC MULTI SYNC LCD 1760V MONITOR | 50.00 |
| CANON POWERSHOT S315 | 25.00 |
| SONY HANDYCAM VISION VIDEO Hi8XR CCD-TRV75 | 15.00 |
| METAL MEDALLION | 25.00 |
| MEN'S AND LADIES CLOTHING | 60.00 |
| 50 VHS MOVIES | 25.00 |
| PAIR OF 2 1/2' X 4' FIVE DRAWER DRESSERS NATURAL WOOD | 90.00 |
| TRIO OF CHUNKY 3 TIERED CANDLE HOLDERS WITH LARGE RED PILLAR CANDLES | 30.00 |
| PAIR OF WOOD BOOKCASES IN CLOSET APPROX 2 1/2' X 6' | 60.00 |

**JEWELRY**

| | |
|---|---:|
| 24" NECKLACE 24KT YGP STAMPED "GOLD PLATED" | 30.00 |
| 14KT YG ENGAGEMENT RING STONE MISSING + WEDDING BAND 14KT YG /12 SMALL DIAM. | 100.00 |

**LAUNDRY**

| | |
|---|---:|
| WHITE WHIRLPOOL TOP LOAD WASHER AND FRONT LOAD DRYER SUPER CAPACITY | 250.00 |

**STORAGE SHED**

| | |
|---|---:|
| 8' X 10' RUBBERMAID TYPE SHED | 300.00 |
| HOMELITE GAS TRIM AND EDGE, RYOBI CS26 GAS WEEDWACKER, 12 GAS CANS, SHOVELS, RAKES, SPREADER, YARD TOOLS | 60.00 |
| CRAFTSMAN 16" DIRECT DRIVE SCROLL SAW VARIABLE SPEED | 200.00 |
| COLEMAN POWERMATE 10HP TECUMSEH GENERATOR | 225.00 |
| FLAT DOLLY AND TRUCK DOLLY | 30.00 |
| GRILL | 60.00 |

**GARAGE**

| | |
|---|---:|
| MEDIUM SIZE KENMORE SINGLE DOOR FREEZER | 40.00 |
| 2 DRAWER LATERAL FILE CABINET | 150.00 |
| BLACK AND DECKER FIRESTORM DRILL 14.4V, ROTO ZIP SCS02LE SPIRAL SAW, ARROW ELECTRIC ETFX50 STAPLER & GUN, BOSTITCH MODEL SB-1664PN FINISH NAILER BLACK / DECKER ROUTER ELECTRIC IS600, HAND TOOLS, DRILL KITS, BITS AND SOCKETS AIR NAILER/STAPLER 2 IN 1 KIT MODEL 40115 BY CENTRAL PNEUMATIC, DEWALT 14V CORDLESS DRILL, BOSCH CS20 7 1/4" CIRCULAR SAW, 2 PAIR PLASTIC FOLDING SAW HORSES, DRILL PRESS 5 SPEED ,CENTRAL PNEUMATIC 3 GAL. COMPRESSOR | 250.00 |

**GARAGE CONTINUED**

| | |
|---|---:|
| HUSKY Q26 QUIET SERIES 26 GALLON 155 MAX PSI | 60.00 |
| CUB CADET OHV 10230 MODEL 959435 OVERHEAD VALVE ENGINE | 65.00 |
| CRAFTSMAN TOOL CART + TOOL CHEST | 65.00 |
| RED BIKE | 20.00 |
| WHITE BIKE | 20.00 |

**VEHICLES**

2003 SATURN VUE AWD V6   MILEAGE 110,414
VIN# 5GZCZ63B23S822017
REGISTERED TO: THERESA EILEEN SZALA, WILLIAM J. SZALA                     5,825.00

2006 CHEVY SILVERADO LT 4 DR EXT. CAB 6' BED    MILEAGE 85,308
VIN#1GCEC19T56Z172383
REGISTERED TO:  WILLIAM J. SZALA, THERESA EILEEN SZALA
DEBT: $ 12,100            VALUE: $15,525                                                   3,425.00

2007 HARLEY DAVIDSON  FL STF FAT BOY   MILEAGE 29,424
VIN# 1HD1BX5107Y063084
REGISTERED TO: WILLIAM J. SZALA
AFTER MARKET ENGINE GUARD, EXHUAST PIPES, SADDLE BAGS, GAS TANK, WINDSHIELD     2,428.00
DEBT: $9,272            VALUE: $11,700

**TOTAL PERSONAL PROPERTY**                                                                 **$22,770.00**
                                                                                          =========

*[signature: Shellie Scott]*
**SHELLIE SCOTT, C.A.G.A.**
**PERSONAL PROPERTY APPRAISER**